# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137433

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSIE DARRYL GLOVER,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137433
COA: 286507
Wayne CC: 07-008084

On order of the Court, the application for leave to appeal the August 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk